**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JAMES A. JURACEK et al

        Plaintiff,                  CASE NO. 13-10190-DPH-APP

                                  DISTRICT JUDGE DENISE PAGE HOOD

v.                              MAGISTRATE ANTHONY P. PATTI

DETROIT, CITY OF et al.

        Defendants.

_____/

### ORDER AND NOTICE OF RE-SCHEDULED TELEPHONIC CONFERENCE REGARDING REFERRED  SETTLEMENT CONFERENCE

The attorneys for all parties are hereby ordered to appear telephonically in the above captioned matter for a telephonic conference before the Honorable Anthony P. Patti, on following date and time:

| DATE | TIME | LOCATION |
|---|---|---|
| **December 2, 2015** | **4:30 p.m.** | **Chambers 629**<br>**231 W. Lafayette Blvd.**<br>**Detroit, MI 48226**<br>**VIA TELEPHONE** |

At that time, Attorney for the City of Detroit, **Eric Gaabo**, must explain to the Court why he failed to appear as instructed for the December 1, 2015, telephonic conference. Failure to comply with this order may result in sanctions.

Dated: December 2, 2015               s/Anthony P. Patti_____

                                 ANTHONY P. PATTI

                                 UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on December 2, 2015, electronically and/or by U.S. Mail.

s/ Michael Williams
Case Manager to the
Honorable Anthony P. Patti